1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
3  E-Mail: dpener@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California  94105
   Telephone: 415.543.4200
5  Facsimile: 415.449.6897

6  Attorneys for Defendants
   SVC-WEST, L.P., and SHELL VACATIONS
7  CM CORP., formerly known as SHELL
   DEVELOPMENT CORP-SAN FRANCISCO
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | JAMES GUERIN, an individual,            | CASE NO. C 07-03153 EMC
13 |         Plaintiff,                       | **DEFENDANTS SVC-WEST, L.P., AND SHELL VACATIONS CM CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14 |   v.                                     |
15 | SHELL VACATIONS CLUB, LLC d/b/a          | Trial Date:      None set.
   | SVC-WEST L.P. d/b/a SHELL VACATIONS
16 | CM CORP d/b/a SHELL DEVELOPMENT
   | CORP-SAN FRANCISCO and JOHN
17 | CARTER, an individual,
18 |         Defendants.

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6      1.    Shell Holdings, Inc., a Delaware Corporation ó General Partner to
7  Defendant SVC-WEST, L.P. and Parent Corporation to SHELL VACATIONS CM CORP.;

8      2.    Shell Vacations LLC, an Arizona Limited Liability Corporation ó Limited
9  Partner in Defendant SVC-WEST, L.P., which owns 100% of Shell Holdings, Inc.; and,

10      3.    Travelers Bond & Financial Products ó Insurance Carrier.

12  Dated: July 27, 2007                VILLARREAL HUTNER PC

By    */s/ LARA VILLARREAL HUTNER*
LARA VILLARREAL HUTNER, ESQ.
DANIELLE L. PENER, ESQ.

Attorneys for Defendants
SVC-WEST, L.P., and SHELL VACATIONS
CM CORP., formerly known as SHELL
DEVELOPMENT CORP-SAN FRANCISCO