| | |
|---|---|
| 1 | VILLARREAL HUTNER PC |
| | LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639 |
| 2 | E-Mail: lhutner@vhattorneys.com |
| | DANIELLE L. PENER, ESQ., Cal. Bar No. 217355 |
| 3 | E-Mail: dpener@vhattorneys.com |
| | One Market Street, 35th Floor |
| 4 | San Francisco, California 94105 |
| | Telephone: 415.543.4200 |
| 5 | Facsimile: 415.449.6897 |
| 6 | Attorneys for Defendants |
| | SVC-WEST, L.P., and SHELL VACATIONS |
| 7 | CM CORP., formerly known as SHELL |
| | DEVELOPMENT CORP-SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GUERIN, an individual, | CASE NO. C 07-03153 EMC |
| Plaintiff, | **DEFENDANTS SVC-WEST, L.P., AND SHELL VACATIONS CM CORP.'S CORPORATE PARTY DISCLOSURE STATEMENT** |
| v. | |
| SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a SHELL DEVELOPMENT CORP-SAN FRANCISCO and JOHN CARTER, an individual, | Trial Date:      None set. |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), DefendantS SVC-WEST, L.P., and SHELL VACATIONS CM CORP. disclose the following:

1. SVC-WEST, L.P.'s general partner is Shell Holdings, Inc., a Delaware Corporation. The limited partner in SVC-WEST, L.P. is Shell Vacations LLC, an Arizona Limited Liability Company that owns 100% of Shell Holdings, Inc.; and

2. SHELL VACATIONS CM CORP. is wholly and privately owned by Shell Holdings, Inc.

Dated: July 27, 2007                VILLARREAL HUTNER PC


By     */s/ LARA VILLARREAL HUTNER*
       LARA VILLARREAL HUTNER, ESQ.
       DANIELLE L. PENER, ESQ.

       Attorneys for Defendants
       SVC-WEST, L.P., and SHELL VACATIONS
       CM CORP., formerly known as SHELL
       DEVELOPMENT CORP-SAN FRANCISCO