1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
3  E-Mail: dpener@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California  94105
   Telephone: 415.543.4200
5  Facsimile: 415.449.6897

6  Attorneys for Defendants
   SVC-WEST, L.P., and SHELL VACATIONS
7  CM CORP., formerly known as SHELL
   DEVELOPMENT CORP-SAN FRANCISCO
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | JAMES GUERIN, an individual, | CASE NO. C 07-03153 EMC
13 |         Plaintiff, | **DEFENDANTS SVC-WEST, L.P., AND SHELL VACATIONS CM CORP.'S NOTICE THAT NO RELATED CASES EXIST PURSUANT TO LOCAL RULE 3-12**
14 |         v. |
15 | SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a SHELL DEVELOPMENT CORP-SAN FRANCISCO and JOHN CARTER, an individual, | **JURY TRIAL DEMANDED**
16 | | 
17 | | Trial Date:          None set.
18 |         Defendant. |

19
20
21
22
23
24
25
26
27
28

C 07-03153 EMC

DEFENDANTS' NOTICE THAT NO RELATED CASES EXIST

1  Defendants SVC-WEST, L.P. and SHELL VACATIONS CM CORP. file this
2 notice pursuant to Civil Local Rule 3-12.  Defendants currently do not know of any actions related
3 to this case.

5 Dated: July 31, 2007                    VILLARREAL HUTNER PC

             By       */s/ LARA VILLARREAL HUTNER*
                      LARA VILLARREAL HUTNER, ESQ.
                      DANIELLE L. PENER, ESQ.

                      Attorneys for Defendants
                      SVC-WEST, L.P., and SHELL VACATIONS
                      CM CORP., formerly known as SHELL
                      DEVELOPMENT CORP-SAN FRANCISCO