| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> LexisNexis File & Serve SOP <br> HUBER LAW FIRM 1104 Lincoln Avenue <br> San Rafael, CA 94901 <br> TELEPHONE NO.: 4154568500    FAX NO. *(Optional)*: 4154568502 <br> EMAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: JAMES GUERIN, AN INDIVIDUAL | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JAMES GUERIN, AN INDIVIDUAL <br> DEFENDANT/RESPONDENT: SHELL VACATIONS CLUB, LLC DBA SVC- WEST L.P. DBA SHELL VACATIONS CM CORP DBA SHELL DEVELOPMENT CORP- SAN FRANCISCO AND JOHN CARTER, AN INDIVIDUAL | CASE NUMBER: <br> C 07 3153 EMC |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 15407286 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons and Complaint and Jury Demand; Court Orders and Consent Papers; Adr Information

3. a. Party served *(specify name of party as shown on documents served)*:
   SHELL VACATIONS CLUB, LLC DBA SVC-WEST L.P. DBA SHELL VACATIONS CM CORP DBA SHELL DEVELOPMENT CORP- SAN FRANCISCO

   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Melanie Candaso, Human Resources Director, An Asian female approx. 25-30 years of age 5'4"-5'6" in height weighing 140-160 lbs with black hair

4. Address where the party was served:
   2801 LEAVENWORTH Street, SAN FRANCISCO, CA 94133

5. I served the party *(check proper box)*
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*: 7/5/2007   (2) at *(time)*: 1:10 PM
   b. [ ] **by substituted service.** On *(date)*:   (2) at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [  ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [  ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [  ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [  ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:      from *(city)*:      or [ ] a declaration of mailing is attached.
      (5) [  ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Order No. 8208575

| PLAINTIFF/PETITIONER: | JAMES GUERIN, AN INDIVIDUAL | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | SHELL VACATIONS CLUB, LLC DBA SVC- WEST L.P. DBA SHELL VACATIONS CM CORP DBA SHELL DEVELOPMENT CORP- SAN FRANCISCO AND JOHN CARTER, AN INDIVIDUAL | C 07 3153 EMC |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) on *(date):*     (2) from *(city):*
(3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*


[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
a. [ ] as an individual defendant.
b. [ ] as the person sued under the fictitious name of *(specify):*
c. [ ] as occupant
d. [ **X** ] On behalf of *(specify):* SHELL VACATIONS CLUB, LLC DBA SVC-WEST L.P. DBA SHELL VACATIONS CM CORP DBA SHELL DEVELOPMENT CORP- SAN FRANCISCO
under the following Code of Civil Procedure section:

[ ] 416.10 (corporation)            [ ] 415.95 (business organization, form unknown)
[ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
[ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
[ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
[ ] 416.50 (public entity)          [ ] 415.46 (occupant)
                                    [ ] other

7. **Person who served papers**
a. Name:                Shawn Yackle
b. Address:             953 MISSION STREET, SUITE 200, SAN FRANCISCO, CA 94103
c. Telephone number:    415-908-3800
d. The fee for service was:  $30.00
e. I am:
(1) [ ] not a registered California process server.
(2) [ ] exempt from registration under Business and Professions Code section 22350(b).
(3) [ **X** ] registered California process server:
  (i) [ ] owner  [ ] employee  [ **X** ] independant contractor
  (ii) [ **X** ] Registration No.: 2004-0000900
  (iii) [ **X** ] County:

8. [ **X** ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/9/2007**

_____          _____
**Shawn Yackle**                                       (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]                                   Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**            Order No. 8208575