| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LexisNexis File & Serve SOP<br>HUBER LAW FIRM 1104 Lincoln Avenue<br>San Rafael, CA 94901<br>TELEPHONE NO.: 4154568500  FAX NO. (Optional): 4154568502<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): JAMES GUERIN, AN INDIVIDUAL | |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| | |
|---|---|
| PLAINTIFF/PETITIONER: JAMES GUERIN, AN INDIVIDUAL | CASE NUMBER:<br>C 07 3153 EMC |
| DEFENDANT/RESPONDENT: SHELL VACATIONS CLUB, LLC DBA SVC- WEST L.P. DBA SHELL VACATIONS CM CORP DBA SHELL DEVELOPMENT CORP- SAN FRANCISCO AND JOHN CARTER, AN INDIVIDUAL | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>15407286 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Summons and Complaint and Jury Demand; Court Orders and Consent Papers; Adr Information

3. a. Party served (specify name of party as shown on documents served):
      SHELL VACATIONS CM CORP
   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Wendy Mayorga, PROCESS SPECIALIST, A Hispanic female approx. 25-30 years of age 5'6"-5'8" in height weighing 140-160 lbs with brown hair

4. Address where the party was served:
   818 W SEVENTH Street, LOS ANGELES, CA 90017

5. I served the party (check proper box)
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): 7/9/2007  (2) at (time): 9:25 AM
   b. [ ] **by substituted service.** On (date):  (2) at (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):     from (city):     or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Order No. 8208577

| PLAINTIFF/PETITIONER: | JAMES GUERIN, AN INDIVIDUAL | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | SHELL VACATIONS CLUB, LLC DBA SVC- WEST L.P. DBA SHELL VACATIONS CM CORP DBA SHELL DEVELOPMENT CORP- SAN FRANCISCO AND JOHN CARTER, AN INDIVIDUAL | C 07 3153 EMC |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):*    (2) from *(city):*
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant
   d. [X] On behalf of *(specify):* SHELL VACATIONS CM CORP
      under the following Code of Civil Procedure section:
      
      [ ] 416.10 (corporation)            [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)          [ ] 415.46 (occupant)
                                          [ ] other

7. **Person who served papers**
   a. Name:                    Jacob Shapiro
   b. Address:                 241 S. FIGUEROA STREET, SUITE 370, LOS ANGELES, CA 90012
   c. Telephone number:        213-621-9999
   d. The fee for service was: $10.00
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner  [ ] employee  [X] independant contractor
         (ii) [X] Registration No.:
         (iii) [X] County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/9/2007**

Jacob Shapiro
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                          (SIGNATURE)

POS-010 [Rev. January 1, 2007]                                                  Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                        Order No. 8208577