| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>LexisNexis File & Serve SOP<br>HUBER LAW FIRM 1104 Lincoln Avenue<br>San Rafael, CA 94901<br>TELEPHONE NO.: **4154568500**   FAX NO. (Optional): **4154568502**<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **JAMES GUERIN, AN INDIVIDUAL** | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: **JAMES GUERIN, AN INDIVIDUAL** | CASE NUMBER:<br>**C 07 3153 EMC** |
| DEFENDANT/RESPONDENT: **SHELL VACATIONS CLUB, LLC DBA SVC- WEST L.P. DBA SHELL VACATIONS CM CORP DBA SHELL DEVELOPMENT CORP- SAN FRANCISCO AND JOHN CARTER, AN INDIVIDUAL** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**15407286** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   **Summons and Complaint and Jury Demand; Court Orders and Consent Papers; Adr Information**

3. a. Party served (specify name of party as shown on documents served):
   **SVC-WEST L.P.**

   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):
   **RHONDA MCCARTY, REGISTERED AGENT, A white female approx. 40-45 years of age 5'8"-5'10" in height weighing 160-180 lbs with blonde hair**

4. Address where the party was served:
   **CORPORATION SERVICE COMPANY, 2730 GATEWAY OAKS Drive SUITE 100, SACRAMENTO, CA 95852**

5. I served the party (check proper box)
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): **7/2/2007**  (2) at (time): **12:53 PM**
   b. [  ] **by substituted service.** On (date):   (2) at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [  ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [  ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [  ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [  ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [  ] a declaration of mailing is attached.
      (5) [  ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of Califonia
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Order No. 8208576

| PLAINTIFF/PETITIONER: | JAMES GUERIN, AN INDIVIDUAL | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | SHELL VACATIONS CLUB, LLC DBA SVC- WEST L.P. DBA SHELL VACATIONS CM CORP DBA SHELL DEVELOPMENT CORP- SAN FRANCISCO AND JOHN CARTER, AN INDIVIDUAL | C 07 3153 EMC |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) on *(date):*   (2) from *(city):*
(3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant
   d. [X] On behalf of *(specify):* **SVC-WEST L.P.**
      under the following Code of Civil Procedure section:
      
      [ ] 416.10 (corporation)         [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                        [ ] other

7. **Person who served papers**
   a. Name: **CARLTON XICOTENCATL**
   b. Address: **7902 GERBER RD. PMB# 315, SACRAMENTO, CA 95828**
   c. Telephone number: **916-422-3616**
   d. The fee for service was: **$10.00**
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner  [ ] employee  [X] independant contractor
         (ii) [X] Registration No.: **99-86**
         (iii) [X] County: **SACRAMENTO**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/4/2007**

**CARLTON XICOTENCATL**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

POS-010 [Rev. January 1, 2007]                                    Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                    Order No. 8208576

