BETH A. HUBER (SBN 184702)
HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811
Email: BetHubCa@aol.com

Attorney for Plaintiff
JAMES GUERIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUERIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a/ SHELL DEVELOPMENT CORP – SAN FRANCISCO and JOHN CARTER, an individual<br><br>Defendants. | Case No. C 07-03153 EMC<br><br>**NOTICE OF UNAVAILABILITY** |

TO: DEFENDANTS SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CORP-SAN FRANCISCO and JOHNCARTER:

NOTICE IS HEREBY GIVEN that from (i) August 14, 2007 through August 27, 2007 BETH A. HUBER, attorney for plaintiff, will be out of the office and unavailable for any purpose whatsoever, and then from (ii) October 18, 2007 through October 31, 2007 BETH A. HUBER,

attorney for plaintiff, will be out of the office and unavailable for any purpose whatsoever including but not limited to receiving notices of any kind, responding to *ex parte* applications and/or discovery requests, appearing in court, or attending depositions.

Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299, 10 Cal. Rptr. 2d 371.

DATED: August 13, 2007

                       HUBER LAW FIRM

                       By: _____
                             BETH A. HUBER
                          Attorneys for Plaintiff JAMES L. GUERIN