BETH A. HUBER (SBN 184702)
HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811
Email: BetHubCa@aol.com

Attorney for Plaintiff
JAMES GUERIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUERIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a/ SHELL DEVELOPMENT CORP – SAN FRANCISCO and JOHN CARTER, an individual<br><br>Defendants. | Case No. C 07-03153 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

///

///

1

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
2  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
3  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
4  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
5  DATED: August 27, 2007

HUBER LAW FIRM

By: _____
BETH A. HUBER
Attorneys for Plaintiff JAMES L. GUERIN