# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JAMES GUERIN,

        Plaintiff(s),

        v.

SHELL VACATIONS CLUB, LLC, et al.

        Defendant(s).

CASE NO. C 07-03153 BMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 19, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Beth A. Huber | Plaintiff James Guerin | (415) 456-4411 | bethubca@aol.com |
| Lara Villarreal Hutner | Defendants SVC-West, L.P., Shell Vacations CM Corp., and John Carter | (415) 543-4200 | lhutner@vhattorneys.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/29/07              Attorney for Plaintiff

Dated: 8/29/07              Attorney for Defendant

Rev 12.05