1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
3  E-Mail: dpener@vhattorneys.com
   One Market Street, 35th Floor
4  San Francisco, California 94105
   Telephone: 415.543.4200
5  Facsimile: 415.449.6897

6  Attorneys for Defendants
   SVC-WEST, L.P., and SHELL VACATIONS
7  CM CORP., formerly known as SHELL
   DEVELOPMENT CORP-SAN FRANCISCO
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | JAMES GUERIN, an individual,            | CASE NO. C 07-03153 EMC
13 |         Plaintiff,                      | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
14 |   v.                                    |
15 | SHELL VACATIONS CLUB, LLC d/b/a         | Trial Date:        None set.
   | SVC-WEST L.P. d/b/a SHELL VACATIONS     |
16 | CM CORP d/b/a SHELL DEVELOPMENT         |
   | CORP-SAN FRANCISCO and JOHN             |
17 | CARTER, an individual,                  |
18 |         Defendants.                     |

-1-

REQUEST FOR REASSIGNMENT TO A UNITED STATES JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 29, 2007                    VILLARREAL HUTNER PC


                                  By      /s/ *Lara Villarreal Hutner*
                                          LARA VILLARREAL HUTNER, ESQ.

                                          Attorneys for Defendants
                                          SVC-WEST, L.P., SHELL VACATIONS CM
                                          CORP., and JOHN CARTER