1  VILLARREAL HUTNER PC
2  LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
   E-Mail: lhutner@vhattorneys.com
3  One Market Street, 35th Floor
   San Francisco, California 94105
4  Telephone: 415.543.4200
   Facsimile: 415.449.6897

5  Attorneys for Defendants
6  SHELL VACATIONS SVC-WEST, L.P., and SHELL VACATIONS
   CM CORP., formerly known as SHELL
   DEVELOPMENT CORP-SAN FRANCISCO,
7  and JOHN CARTER

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10 OAKLAND DIVISION

11 JAMES GUERIN, an individual,                CASE NO. C 07-03153 CW
12                  Plaintiff,
                                               ADR CERTIFICATION BY
                                               DEFENDANTS
13         v.
                                               Trial Date:    None set.
14 SHELL VACATIONS CLUB, LLC d/b/a
   SVC-WEST, L.P., d/b/a SHELL VACATIONS
15 CM CORP d/b/a SHELL DEVELOPMENT
   CORP-SAN FRANCISCO and JOHN
16 CARTER, an individual,

17                  Defendants.

1 | Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned
2 | certifies that it or he has:
3 | (1)   Read the handbook entitled "*Dispute Resolution Procedures in the Northern
4 | District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited
5 | printed copies are available from the clerk's office for parties in cases not subject to the court's
6 | Electronic Case Filing program (ECF) under General Order 45);
7 | (2)   Discussed the available dispute resolution options provided by the Court
8 | and private entities; and,
9 | (3)   Considered whether this case might benefit from any of the available
10 | dispute resolution options.

13 | Dated: September ___, 2007          By: _____
14 |                                               SHELI JONES
15 |                                               EXECUTIVE VICE PRESIDENT
     |                                               HUMAN RESOURCES, SHELL
     |                                               VACATIONS LLC

17 | Dated: September ___, 2007          By: _____
18 |                                               JOHN CARTER

20 | Dated: September 18, 2007                     VILLARREAL HUTNER PC

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that it or he has:

(1)  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2)  Discussed the available dispute resolution options provided by the Court and private entities; and,

(3)  Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 17, 2007      By: _____
                                    SHERI JONES
                                    EXECUTIVE VICE PRESIDENT
                                    HUMAN RESOURCES, SHELL
                                    VACATIONS LLC

Dated: September ___, 2007     By: _____
                                    JOHN CARTER

Dated: September ___, 2007          VILLARREAL HUTNER PC

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that it or he has:

(1)   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and,

(3)   Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September ___, 2007          By: _____
                                        SHELI JONES
                                        EXECUTIVE VICE PRESIDENT
                                        HUMAN RESOURCES, SHELL
                                        VAGATIONS LLC

Dated: September ___, 2007          By: _____
                                        JOHN CARTER

Dated: September ___, 2007          VILLARREAL HUTNER PC

