BETH A. HUBER (SBN 184702)
HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811
Email: BethHubCa@aol.com

Attorney for Plaintiff
JAMES GUERIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JAMES GUERIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a/ SHELL DEVELOPMENT CORP – SAN FRANCISCO and JOHN CARTER, an individual<br><br>Defendants. | Case No. C 07-03153 CW<br><br>**PLAINTIFF JAMES GUERIN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that to his knowledge no persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have

1

1  a non-financial interest in that subject matter or in a party that could be substantially affected by
2  the outcome of this proceeding.

3  DATED: September 17, 2007

                             HUBER LAW FIRM

                             By:  _____
                                  BETH A. HUBER
                                  Attorneys for Plaintiff JAMES L. GUERIN