BETH A. HUBER (SBN 184702)
HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811
Email: BethHubCa@aol.com

Attorney for Plaintiff
JAMES GUERIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES GUERIN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a/ SHELL DEVELOPMENT CORP – SAN FRANCISCO and JOHN CARTER, an individual<br><br>    Defendants. | Case No. C 07-03153 CW<br><br>**PLAINTIFF JAMES GUERIN'S ADR CERTIFICATION** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), Plaintiff James Guerin certifies that (i) he has read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California,"* on the Court's ADR Internet site www.adr.cand.usecourts.gov , (ii) discussed

1

PLAINTIFF JAMES GUERIN'S ADR CERTIFICATION

the available dispute resolution options provided by the court and private entities and has (iii) considered whether this case might benefit from any of the available dispute resolution options.

DATED: September 18, 2007

PLAINTIFF JAMES GUERIN

*/s/ James L. Guerin/*
JAMES GUERIN

HUBER LAW FIRM

*/s/ Beth A. Huber/*
BETH A. HUBER
Attorneys for Plaintiff JAMES L. GUERIN