UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES GUERIN, an individual,

    Plaintiff,

v.

SHELL VACATIONS CLUB, LLC d/b/a
SVC-WEST L.P. d/b/a SHELL VACATIONS
CM CORP d/b/a SHELL DEVELOPMENT
CORP-SAN FRANCISCO and
JOHN CARTER, an individual,

    Defendant.

CASE NO.: C-07-03153 CW

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. Section 636(c), the below-named party(ies) to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: _____    _____
                                      Attorney for _____

### DECLINATION

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrte Judge for trial

Dated: 10/4/07    Attorney for Defendants