# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Guerin,<br><br>               Plaintiff(s),<br><br>   v.<br><br>Shell Vacations Club LLC,<br><br>               Defendant(s). | 07-03153 CW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Evaluator assigned to this case is:

        **Barbara S. Bryant**
        1563 Solano Avenue
        Box 215
        Berkeley, CA 94707
        510-558-0600
        bsbryant@pacbell.net

    Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03153 CW ENE                       - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: October 12, 2007

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-03153 CW ENE                       - 2 -