```
BETH A. HUBER (SBN 184702)
HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811
Email: BetHubCa@aol.com

Attorney for Plaintiff
JAMES GUERIN
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUERIN, an individual, | Case No. C 07-03153 CW |
| Plaintiff, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a/ SHELL DEVELOPMENT CORP – SAN FRANCISCO and JOHN CARTER, an individual | |
| Defendants. | |

TO: DEFENDANTS SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CORP-SAN FRANCISCO and JOHNCARTER:

NOTICE IS HEREBY GIVEN that from December 7, 2007 through January 2, 2008 BETH A. HUBER, attorney for plaintiff, will be out of the office and unavailable for any purpose

whatsoever, including but not limited to receiving notices of any kind, responding to *ex parte* applications and/or discovery requests, appearing in court, or attending depositions.

Purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299, 10 Cal. Rptr. 2d 371.

DATED: November 27, 2007

                          HUBER LAW FIRM

                          By: _____
                                  BETH A. HUBER
                            Attorneys for Plaintiff JAMES L. GUERIN

NOTICE OF UNAVAILABILITY