BETH A. HUBER (SBN 184702)
HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811
Email: BethHubCa@aol.com

Attorney for Plaintiff
JAMES GUERIN

VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ. (SBN 178639)
E-Mail: lhutner@vhattorneys.com
DANIELLE L. PENER, ESQ. (SBN 217355)
E-Mail: dlpener@vhattorneys.com
One Market Street, 35th Floor
San Francisco, California 94105
Telephone: (415) 543-4200
Facsimile: (415) 449-6897

Attorneys for Defendants
SVC-WEST, L.P., SHELL VACATIONS
CM CORP., formerly known as
SHELL DEVELOPMENT CORP-SAN FRANCISCO
And JOHN CARTER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES GUERIN, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a/ SHELL DEVELOPMENT CORP – SAN FRANCISCO and JOHN CARTER, an individual<br><br>　　　　　Defendants. | Case No. C 07-03153 CW<br>ORDER GRANTING<br>**STIPULATION TO PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT** |

1

The parties, Plaintiff James Guerin ("Plaintiff") and Defendants SVC-West L.P., Shell Vacations CM Corp., formerly known as Shell Development Corp-San Francisco and John Carter ("Defendants"), do by and through their respective counsel, stipulate and agree that Plaintiff can, under the agreements made during the September 25, 2007 Case Management Conference in this matter, file a First Amended Complaint for Damages for Employment Discrimination *et seq* which Plaintiff did on November 21, 2007 and which was served on Defendants electronically also on November 21, 2007.

DATED: December 4, 2007

HUBER LAW FIRM

By: _____
BETH A. HUBER
Attorneys for Plaintiff JAMES L. GUERIN

DATED: November 30, 2007

VILLARREAL HUTNER PC

By: _____
DANIELLE L. PENER
Attorneys for Defendants SVC-WEST, L.P.,
SHELL VACATIONS CM CORP., formerly known
As SHELL DEVELOPMENT CORP-SAN
FRANCISCO and JOHN CARTER



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION TO PLAINTIFF'S FILING A FIRST AMENDED COMPLAINT