BETH A. HUBER (SBN 184702)
HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811
Email: BethHubCa@aol.com

Attorney for Plaintiff
JAMES GUERIN

VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ. (SBN 178639)
E-Mail: lhutner@vhattorneys.com
DANIELLE L. PENER, ESQ. (SBN 217355)
E-Mail: dlpener@vhattorneys.com
One Market Street, 35th Floor
San Francisco, California 94105
Telephone: (415) 543-4200
Facsimile: (415) 449-6897

Attorneys for Defendants
SVC-WEST, L.P., SHELL VACATIONS
CM CORP., formerly known as
SHELL DEVELOPMENT CORP-SAN FRANCISCO
And JOHN CARTER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUERIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a/ SHELL DEVELOPMENT CORP – SAN FRANCISCO and JOHN CARTER, an individual<br><br>Defendants. | Case No. C 07-03153 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CURRENT ADR DEADLINE OF FEBRUARY 29, 2008 TO APRIL 30, 2008**<br><br>Trial Date: January 5, 2009 |

1

The parties, Plaintiff James Guerin ("Plaintiff") and Defendants SVC-West L.P., Shell Vacations CM Corp., formerly known as Shell Development Corp-San Francisco and John Carter ("Defendants"), do by and through their respective counsel, stipulate and agree that this matter cannot be effectively presented for Early Neutral Evaluation by the court ordered deadline of February 29, 2008. The parties make this request for several reasons, including because: (i) Plaintiff's deposition has not been completed but is continuing during late February 2008; (ii) Plaintiff will have only completed one of five noticed depositions of Defendant's witnesses by the end of February 2008; and (iii) the parties are continuing to meet and confer in hopes of resolving outstanding discovery disputes. Given conflicts in both counsels' and the witnesses' calendars, depositions cannot be completed until April 2008. Therefore, both parties request that, based on good cause, the deadline for Early Neutral Evaluation in this matter be continued until April 30, 2008.

DATED: February 4, 2008

HUBER LAW FIRM

By: _____
BETH A. HUBER
Attorneys for Plaintiff JAMES L. GUERIN

DATED: February 4, 2008

VILLARREAL HUTNER PC

By: _____
DANIELLE L. PENER
Attorneys for Defendants SVC-WEST, L.P.,
SHELL VACATIONS CM CORP., formerly known
As SHELL DEVELOPMENT CORP-SAN
FRANCISCO and JOHN CARTER

2

## [PROPOSED] ORDER

After reviewing the parties' stipulation and considering the declaration of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** the deadline by which the parties must submit this matter to Early Neutral Evaluation is extended to April 30, 2008.

DATED: February __, 2008

_____
Judge Claudia Wilken