1  BETH A. HUBER (SBN 184702)
   HUBER LAW FIRM
2  1104 Lincoln Ave.
   San Rafael, CA  94901
3  Telephone:  (415) 456-4411
   Facsimile:  (415) 456-3811
4  Email:  BetHubCa@aol.com

5  Attorney for Plaintiff
   JAMES GUERIN

6
   VILLARREAL HUTNER PC
7  LARA VILLARREAL HUTNER, ESQ. (SBN 178639)
   E-Mail:  lhutner@vhattorneys.com
8  DANIELLE L. PENER, ESQ. (SBN 217355)
   E-Mail:  dlpener@vhattorneys.com
9  One Market Street, 35th Floor
   San Francisco, California 94105
10 Telephone:  (415) 543-4200
   Facsimile:  (415) 449-6897

11
   Attorneys for Defendants
12 SVC-WEST, L.P., SHELL VACATIONS
   CM CORP., formerly known as
13 SHELL DEVELOPMENT CORP-SAN FRANCISCO
   And JOHN CARTER

14

15                 **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17
                                          ) Case No.  C 07-03153 CW
18 JAMES GUERIN, an individual,           )
                                          )
19                      Plaintiff,        ) **STIPULATION AND** [PROPOSED]
                                          ) **ORDER TO CONTINUE THE CURRENT**
20 v.                                     ) **ADR DEADLINE OF FEBRUARY 29, 2008**
                                          ) **TO APRIL 30, 2008**
21 SHELL VACATIONS CLUB, LLC d/b/a  SVC-  )
   WEST L.P. d/b/a SHELL VACATIONS CM     ) Trial Date:  January 5, 2009
22 CORP d/b/a/ SHELL DEVELOPMENT CORP     )
   – SAN FRANCISCO and JOHN CARTER, an    )
23 individual                            )
                                          )
24                                        )
                                          )
25                      Defendants.       )
                                          )
26                                        )
                                          )
27 _____ )

28
                                         1

The parties, Plaintiff James Guerin ("Plaintiff") and Defendants SVC-West L.P., Shell Vacations CM Corp., formerly known as Shell Development Corp-San Francisco and John Carter ("Defendants"), do by and through their respective counsel, stipulate and agree that this matter cannot be effectively presented for Early Neutral Evaluation by the court ordered deadline of February 29, 2008. The parties make this request for several reasons, including because: (i) Plaintiff's deposition has not been completed but is continuing during late February 2008; (ii) Plaintiff will have only completed one of five noticed depositions of Defendant's witnesses by the end of February 2008; and (iii) the parties are continuing to meet and confer in hopes of resolving outstanding discovery disputes. Given conflicts in both counsels' and the witnesses' calendars, depositions cannot be completed until April 2008. Therefore, both parties request that, based on good cause, the deadline for Early Neutral Evaluation in this matter be continued until April 30, 2008.

DATED: February 4        , 2008

HUBER LAW FIRM

By: _____
BETH A. HUBER
Attorneys for Plaintiff JAMES L. GUERIN

DATED: February 4        , 2008

VILLARREAL HUTNER PC

By: _____
DANIELLE L. PENER
Attorneys for Defendants SVC-WEST, L.P.,
SHELL VACATIONS CM CORP., formerly known
As SHELL DEVELOPMENT CORP-SAN
FRANCISCO and JOHN CARTER

2

## [~~PROPOSED~~] ORDER

After reviewing the parties' stipulation and considering the declaration of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** the deadline by which the parties must submit this matter to Early Neutral Evaluation is extended to April 30, 2008.

DATED: February __11__, 2008

_____
Judge Claudia Wilken

STIPULATION TO CONTINUE THE CURRENT ADR DEADLINE OF FEBRUARY 29, 2008 TO APRIL 30, 2008