```
BETH A. HUBER (SBN 184702)
HUBER LAW FIRM
1104 Lincoln Ave.
San Rafael, CA 94901
Telephone: (415) 456-4411
Facsimile: (415) 456-3811
Email: BetHubCa@aol.com

Attorney for Plaintiff
JAMES GUERIN


VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ. (SBN 178639)
E-Mail: lhutner@vhattorneys.com
DANIELLE L. PENER, ESQ. (SBN 217355)
E-Mail: dlpener@vhattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: (415) 543-4200
Facsimile: (415) 512-7674

Attorneys for Defendants
SVC-WEST, L.P., SHELL VACATIONS
CM CORP., formerly known as
SHELL DEVELOPMENT CORP-SAN FRANCISCO
And JOHN CARTER
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GUERIN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SHELL VACATIONS CLUB, LLC d/b/a SVC-WEST L.P. d/b/a SHELL VACATIONS CM CORP d/b/a/ SHELL DEVELOPMENT CORP – SAN FRANCISCO and JOHN CARTER, an individual<br><br>　　　　　　　　Defendants. | Case No. C 07-03153 CW<br><br>**STIPULATION TO DISMISS PLAINTIFF JAMES GUERIN'S CIVIL COMPLAINT AGAINST DEFENDANTS AND ORDER THEREON** |

1

The parties, Plaintiff James Guerin ("Plaintiff") and Defendants SVC-West L.P., Shell Vacations CM Corp., formerly known as Shell Development Corp-San Francisco and John Carter ("Defendants"), do, by and through their respective counsel, stipulate and agree that federal civil complaint No. C 07-03153 CW filed in this matter be herewith dismissed with prejudice against all Defendants in that the parties have reached an amicable, voluntary settlement, the terms and conditions of which are confidential.

DATED: June 14, 2008

HUBER LAW FIRM

By: _____
BETH A. HUBER
Attorneys for Plaintiff JAMES L. GUERIN

DATED: June 25, 2008

VILLARREAL HUTNER PC

By: _____
LARA VILLARREAL HUTNER
DANIELLE L. PENER
Attorneys for Defendants SVC-WEST, L.P.,
SHELL VACATIONS CM CORP., formerly known
As SHELL DEVELOPMENT CORP -
SAN FRANCISCO and JOHN CARTER

**IT IS SO ORDERED**

DATED: _____, 2008

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE