**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 575 Market Street, Suite 300, San Francisco, California 94105.

On June 26, 2008, I served true copies of the following document(s) described as

**STIPULATION TO DISMISS PLAINTIFF JAMES GUERIN'S CIVIL COMPLAINT AGAINST DEFENDANTS AND ORDER THEREON**

on the interested parties in this action as follows:

> **Beth Huber**
> **HUBER LAW FIRM**
> **1104 Lincoln Ave.**
> **San Rafael, CA 94901**
> **Telephone: (415) 456-4411**
> **Facsimile: (415) 456-3811**

**BY MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Villarreal Hutner's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 26, 2008, at San Francisco, California.

Dannette Nelson